■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL JAMES, Appellant. [648 NYS2d 2] —Judgment, Supreme Court, New York County (Renee White, J.), rendered July 7, 1993, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third and seventh degrees, and sentencing him, as a second felony offender, to concurrent prison terms of $4^1/_2$ to 9 years and 1 year, respectively, unanimously affirmed.

Contrary to defendant's contention, the surveilling officer's testimony that, through high-powered binoculars from a distance of 125 to 130 feet and under adequate lighting, he saw a vial of crack cocaine in the hand of a person who had just handed defendant some money, is not inherently incredible or manifestly untrue, and accordingly defendant's motion to suppress was properly denied (*see, People v Sioba*, 187 AD2d 317,

*lv denied* 81 NY2d 893; *People v Benitez*, 162 AD2d 100). Concur—Rosenberger, J. P., Ellerin, Wallach, Tom and Andrias, JJ.